**CHIEF JUSTICE**
    ROGELIO VALDEZ

**JUSTICES**
    NELDA V. RODRIGUEZ
    DORI CONTRERAS GARZA
    GINA M. BENAVIDES
    GREGORY T. PERKES
    NORA L. LONGORIA

**CLERK**
    CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 7, 2015

Hon. Michael T. Morgan
Freeman Mills, PC
400 W. Illinois, Ste. 120
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Mr. Alan Molnoskey
2011 St. Matthew St.
Gonzales, TX 78629

Re:      Cause No. 13-15-00027-CV
Tr.Ct.No. 25,543
Style:    Alan Molnoskey v. XOG Operating, LLC


        Appellant's motion for extension of time to file motion for rehearing en banc was this day GRANTED by this Court. The time has been extended to Wednesday, July 22, 2015.


                    Very truly yours,

                    Cecile Foy Gsanger, Clerk


CFG:ch